IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LARRY MONTGOMERY,                               No. C 12-02455 RS

        Plaintiff,                               **RECUSAL ORDER**

  v.

CHASE BANK USA,

        Defendant.
_____/

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated:  5/22/12

                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE