**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LARRY MONTGOMERY,

          Plaintiff,

  v.

CHASE BANK USA,

          Defendant.

                            /

No. C 12-02455 RS

**RECUSAL ORDER**

     I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated:  5/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER