1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY, PC
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105-1667
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 972-6301
   Email:       gweickhardt@rmkb.com
5               wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., sued herein erroneously as
7  JPMORGAN CHASE BANK, NATIONAL
   ASSOCIATION, an FDIC insured corporation
8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 | LARRY MONTGOMERY,                         | CASE NO. 3:12-cv-02455-CRB
12 |                                           | CASE NO. 3:12-cv-02611-CRB
   |         Plaintiff,                        | *Consolidated*
13 |                                           |
   |    v.                                     | **STIPULATED REQUEST FOR DISMISSAL**
14 |                                           | **AND PROPOSED ORDER**
   | CHASE BANK USA, NATIONAL
15 | ASSOCIATION an FDIC insured
   | corporation and DOES 1 through 100
16 | inclusive,
17 |         Defendants.

18
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATED REQUEST FOR DISMISSAL AND
PROPOSED ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Larry Montgomery and Defendant Chase Bank USA, N.A. that the above-entitled actions be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 23, 2012                         ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: October 23, 2012                         SAGARIA LAW, P.C.

By: /s/ Elliot Gale
SCOTT J. SAGARIA
ELLIOT W. GALE
Attorneys for Plaintiff
LARRY MONTGOMERY

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE