GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@rmkb.com
    wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., sued herein erroneously as
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, an FDIC insured corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY MONTGOMERY,<br><br>          Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>          Defendants. | CASE NO. 3:12-cv-02455-CRB<br>CASE NO. 3:12-cv-02611-CRB<br>*Consolidated*<br><br>**STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER** |

//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between Plaintiff Larry Montgomery and Defendant Chase Bank USA, N.A. that the above-entitled actions be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 23, 2012                ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: October 23, 2012                SAGARIA LAW, P.C.

By: /s/ Elliot Gale
SCOTT J. SAGARIA
ELLIOT W. GALE
Attorneys for Plaintiff
LARRY MONTGOMERY

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 25, 2012

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -                STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER